UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PHYLLIS HAMPTON, on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

Arms of Andes,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No.: 1:25-cv-2529-TMD

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 8, 2025

EQUAL ACCESS LAW GROUP PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B Reyes
68-29 Main Street,
Flushing, NY 11367
Tel: (630)-478-0856
Email: Dreyes@ealg.law